**Opinion issued May 14, 2019**



In The

# Court of Appeals

For The

## First District of Texas

—————————————

**NO. 01-19-00311-CR**
**NO. 01-19-00312-CR**
**NO. 01-19-00313-CR**
**NO. 01-19-00314-CR**

—————————————

**IN RE CLAYTON TUTTLE BROTHERS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator Clayton Tuttle Brothers has filed four pro se petitions for writ of mandamus.[1] We deny the petitions.

---

[1] The underlying cases are *The State of Texas v. Clayton Tuttle Brothers*, cause numbers 1487636, 1487637, 1487638, 1487639, pending in the 177th District Court of Harris County, Texas, the Honorable Robert Johnson presiding.

Relator contends that the trial court abused its discretion in failing to rule on his application for writ of habeas corpus for bail reduction and motion to withdraw court order and dismiss the State's ex parte motion for AIDS testing. But, relator also acknowledges that he is represented by appointed counsel in the trial court. Because relator is represented by counsel below and is not entitled to hybrid representation, his pro se petitions present nothing for review. *See In re Estrada*, No. 01–18–00620–CR, 2018 WL 3625256, at *1 (Tex. App.—Houston [1st Dist.] July 31, 2018, orig. proceeding) (citing to *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995)).

Accordingly, we deny the petitions.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.